UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-21088-CIV-O'SULLIVAN
[CONSENT]

GONZALO FRESNILLO, and
others similarly situated,
    Plaintiff,

vs.

OLE MEXICAN FOODS, INC, et al.,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court following notice from the plaintiff's counsel that the parties reached a settlement at mediation. Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, September 20, 2010**, at **9:45 AM,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

DONE AND ORDERED in Chambers at Miami, Florida, this **15th** day of September, 2010.

                                                      _____
                                                     JOHN J. O'SULLIVAN
                                                     UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record